FILED
2018 Jan-12 AM 08:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court

### for the

## NORTHERN DISTRICT OF ALABAMA

Charlene Curry Fitts

**Plaintiff**

*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Megan Brennan Postmaster General

**Defendant(s)**

*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.:_____

(to be filled in by the Clerk's Office)

JURY TRIAL ☑ Yes  ☐ No

2:18-cv-00056-JHE

# COMPLAINT FOR A CIVIL CASE

## I.  The Parties to This Complaint

### A.  The Plaintiff

Name  Charlene Curry Fitts

Street Address  1228 Winnetka Way

City and County  B'nham AL   Jefferson

State and Zip Code  AL 35215

Telephone Number  (205) 281-9106

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Defendant No. 1
Name            Megan J Brennan
Job or Title    Postmaster General
Street Address  475 L'Enfant Plaza SW Room 4012
City and County  Washington
State and Zip Code  DC 20260-2200

Defendant No. 2
Name
Job or Title
Street Address
City and County
State and Zip Code

Defendant No. 3
Name
Job or Title
Street Address
City and County
State and Zip Code

Defendant No. 4
Name
Job or Title
Street Address
City and County
State and Zip Code

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5

    Name                _____

    Job or Title          _____

    Street Address     _____

    City and County   _____

    State and Zip Code  _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question    ☐ USA Defendant    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _____

Address _____

### B.    If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Arbitration Act (FAA) 9 U.S.C. 12
Case was in Tuscaloosa County, there's No Filing Clerks
Office there. Filed in B'ham

Pro Se General Complaint for a Civil Case (Rev.10/16)

C.    **If the Basis for Jurisdiction is Diversity of Citizenship**

1.   The Plaintiff

The plaintiff, *(name)* Charlene Curry Fitts , is a citizen of the State of *(name)* ALABAMA .

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)*_____, is a citizen of the State of *(name)*_____. Or is a citizen of *(foreign nation)* _____.

b.   If the defendant is a corporation

The defendant, *(name)*_____, is incorporated under the laws of the State of *(name)*_____, and has its principal place of business in the State of *(name)*_____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

On going salary plus over time And interest $41,000 plus

**III.   Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev.10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Charlene Fitts Plain Plainiff brings this Action for breach of Contract Against Megan J Brennan. Charlene Fitts WAS wRongly Terminated do to or failure to uphold the CBA this was a violation of ADA Laws, FMLA, Civil Rights 5/14 Amendment the most AdveRsE Act administratively took place on 16 November 2016 When Process of Removing me began. Please See Attachments

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plainiff asks that the arbitration AWARd issued on or around 13 October is Re 2016 Case No G11N-4G-D-17388077 be vacated And the Remedy/relief be made whole of All lost wages, benifits, inclusive of overtime Return to position held prior to Removal Cease And desist of discriminatory behavior, interest to be paid on back pay according to JCAM. A copy of each overtime equity quarter itemized And time to Review with manage Amount of back pay Is due

## V.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _Charlene_ Last Name _Fitts_

Mailing Address _1228 Winnetka Way_

City and State _B'ham  AL  35215_ Zip Code _35215_

Telephone Number _(205) 2819106_

E-mail Address _____

Signature of plaintiff _Charlene Henry Fitts_

Date signed _1-11-18_

## **OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at <u>www.pacer.gov</u>